RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Yoandry Benitez-Castellano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YOANDRY BENITEZ-CASTELLANO,<br><br>    Defendant. | Case No. 2:21-cr-00221-JCM-BNW-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Yoandry Benitez-Castellano, that the Revocation Hearing currently scheduled on November 18, 2022, at 10:30 am, be vacated and continued to December 9, 2022, at 10:00 am.

This Stipulation is entered into for the following reasons:

1.   Defense counsel for Mr. Benitez will be out of the jurisdiction at a training on the currently scheduled hearing date. Defense counsel attempted to have a colleague cover the matter, but Mr. Benitez felt uneasy going forward with someone other than assigned defense counsel. Although the matter has been negotiated and there is a joint sentencing

recommendation, the parties do anticipate arguing over whether Mr. Benitez should be granted a period in which to self-surrender to serve his custodial sentence.

2. The government has no opposition to continuing this matter until December 9, 2022. Probation opposes this continuance request.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 9th day of November, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Jean Ripley<br>JEAN RIPLEY<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>YOANDRY BENITEZ-CASTELLANO,<br><br>            Defendant. | Case No. 2:21-cr-00221-JCM-BNW-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, November 18, 2022 at 10:30 a.m., be vacated and continued to **December 9, 2022, at 10:00 a.m.**

DATED November 10, 2022.

_____
UNITED STATES DISTRICT JUDGE